

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00319-CV

**IN THE INTEREST OF E.G.M.**

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 20-0604-CV-C
Honorable William D. Old III, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's Reformed Final Order in Suit Affecting Parent-Child Relationship is AFFIRMED. Costs of appeal are taxed against Appellant Deonna Alesandrelli.

SIGNED April 17, 2024.

Liza A. Rodriguez, Justice